IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

MICHAEL SEPULVEDABLANCO, et al.,

    Plaintiffs,

Case No. 2024-000916-CA-01

vs.

ANDRES HERNANDO LOPEZ, et al.,

    Defendants.

_____/

## **DEFENDANT NETFLIX, INC.'S NOTICE TO THE CIRCUIT COURT OF FILING NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), Defendant Netflix, Inc. hereby gives notice of having filed in the District Court of the United States District for the Southern District of Florida, its notice of removal of this action, Case No. 2024-000916-CA-01, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. A copy of Defendant's notice of removal, without its exhibits, is attached.

Respectfully Submitted,

SHULLMAN FUGATE PLLC

*/s/ draft*
Rachel E. Fugate
Florida Bar No. 144029
Deanna K. Shullman
Florida Bar No. 514462
Minch Minchin
Florida Bar No. 1015950
2101 Vista Parkway, Suite 4006
West Palm Beach, FL  33411
Tel: (561) 429-3619
rfugate@shullmanfugate.com
dshullman@shullmanfugate.com
mminchin@shullmanfugate.com

*Attorneys for Defendant Netflix, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy for the foregoing has been served on the following counsel of record via the Florida Court E-portal system on this 22nd day of January, 2024:

**Jimenez Mazzitelli Mordes**
Benjamin Mordes, Esq.
Carlos Jimenez, Esq.
9350 South Dixie Highway, PH 05
Miami, FL 33156
Tel.: (305) 548-8750
benjamin@jmmlawfirm.com
carlos@jmmlawfirm.com

**Law Offices of Elysa Galloway**
Elysa Galloway, Esq.
PO Box 5131
Lighthouse Point, FL 33074-5131
Tel.: (954) 998-3828
elysa@elysagallowaylaw.com

                                            */s/ draft*_____
                                            Attorney